UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM EARL RAYFORD, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| V. | § | Civil Action No. 3:06-CV-978-B |
| | § | |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division, | § | |
| | § | |
| *Respondent.* | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that the successive habeas petition filed in this case, the pleading entitled "Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)," doc. 109, is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit along with his "Motion for Stay of Execution Pending Consideration and Disposition of Rule 60(b) Motion," doc. 110. Petitioner has previously been allowed to proceed *in forma pauperis,* Order, doc. 13, and this status is continued for purposes of appeal. The court denies a certificate of appealability.

**SO ORDERED** this 29th day of January, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE